IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| BEATRICE MURAWSKI, WILLARD S MURAWSKI, </br></br>Plaintiffs, </br></br>v. </br></br>ZNS CARGO, INC., DFS EQUIPMENT LEASING, LLC, DAVRANOV BAKHODIR, </br></br>Defendants. | No. 3:18-05010-CV-RK |

## ORDER GRANTING DEFENDANT DFS EQUIPMENT LEASING, LLC'S MOTION TO SET ASIDE DEFAULT

Before the Court is Defendant DFS Equipment Leasing, LLC's ("Defendant DFS Equipment'") unopposed Motion to Set Aside Default Judgment (doc. 26). For the reasons below, the Court **GRANTS** Defendant DFS Equipment's Motion to Set Aside Default. (*Id.*)

Federal Rule of Civil Procedure 55(c) permits a court to set aside an entry of default for good cause. "Default judgments . . . are not favored by the law." *U.S. on Behalf of & for Use of Time Equip. Rental & Sales, Inc. v. Harre*, 983 F.2d 128, 130 (8th Cir. 1993) (citations omitted). The entry of default and a motion to set aside an entry of default are well within the sound discretion of the district court. (*Id.*)

The Court finds that Defendant DFS Equipment has demonstrated good cause as to why the entry of default against him should be set aside. Accordingly, Defendant DFS Equipment's Motion to Set Aside Default (doc. 26) is **GRANTED**.

**IT IS SO ORDERED.**

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: June 6, 2018